| DOS | BILL AMT | DRUG_NAME | PHARMACYNAME | PROCEDURE | ALL_DIAGNOSIS | PROVIDER_FNAME | PROVIDER_LNAME |
|---|---|---|---|---|---|---|---|
| 20140929 | $528.00 | | | 73030 | 8479,9592,71946,E8859,71946,7231, | | |
| 20140929 | $528.00 | | | 73562 | 8479,9592,71946,E8859,71946,7231, | | |
| 20140929 | $449.00 | | | 71020 | 8479,9592,71946,E8859,71946,7231, | | |
| 20140929 | $390.00 | | | 99283 | 8479,9592,71946,E8859,71946,7231, | | |
| 20140929 | $366.00 | | | 93005 | 8479,9592,71946,E8859,71946,7231, | | |
| 20140929 | $48.00 | | | 71020 | 9221,71946,92300, | | |
| 20140929 | $47.00 | | | 73562 | 9221,71946,92300, | | |
| 20140929 | $47.00 | | | 73030 | 9221,71946,92300, | | |
| 20140929 | $75.00 | | | 93010 | 71946,8479,9592, | | |
| 20140929 | $935.00 | | | 99284 | 8479,95911,9597,9593, | | |
| 20140929 | $935.00 | | | 99284 | 8479,95911,9597,9593, | | |
| 20141003 | $1.94 | IBUPROFEN TAB 800MG | | | | | |
| 20141010 | $175.00 | | | 97003 | 8820,9553, | | |
| 20141010 | $81.00 | | | 97110 | 8820,9553, | | |
| 20141014 | $162.00 | | | 97110 | 8820,9553, | | |
| 20141015 | $300.00 | | | 99214 | 7840,V851,7291,78079, | | |
| 20141015 | $75.00 | | | 94760 | 78093, | | |
| 20141016 | $516.96 | | | 70450 | 7804, | | |
| 20141016 | $300.00 | | | 99203 | 92309,92311, | | |
| 20141016 | $3.49 | MELOXICAM TAB 15MG | | | | | |
| 20141018 | $404.63 | LYRICA CAP 150MG | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 20141021 | $162.00 | | 97110 | 8820,9553, | |
| 20141021 | $26.21 | HYDROCO/APAP TAB 5-325MG | | | |
| 20141024 | $282.00 | | 99214 | 3518,3564,7238,3529, | |
| 20141028 | $200.00 | | 99213 | 7840,V851, | |
| 20141028 | $75.00 | | 94760 | 7840,V851, | |
| 20141104 | $150.00 | | 99213 | 92309,92311, | |
| 20141106 | $162.00 | | 97110 | 8820,9553, | |
| 20141111 | $162.00 | | 97110 | 8820,9553, | |
| 20141112 | $161.00 | | 97001 | 8404,73392,71946, | |
| 20141112 | $81.00 | | 97110 | 8404,73392,71946, | |
| 20141113 | $162.00 | | 97110 | 8820,9553, | |
| 20141114 | $4.07 | MELOXICAM TAB 15MG | | | |
| 20141114 | $26.21 | HYDROCO/APAP TAB 5-325MG | | | |
| 20141114 | $26.21 | HYDROCO/APAP TAB 5-325MG | | | |
| 20141114 | -$26.21 | HYDROCO/APAP TAB 5-325MG | | | |
| 20141117 | $404.63 | LYRICA CAP 150MG | | | |
| 20141119 | $162.00 | | 97110 | 8404,73392,71946, | |
| 20141121 | $162.00 | | 97110 | 8404,73392,71946, | |
| 20141124 | $282.00 | | 99214 | 3518,3564,7238,3529, | |

| Date | Amount | | Code | Codes | |
|---|---|---|---|---|---|
| 20141125 | $162.00 | | 97110 | 8404,73392,71946, | |
| 20141202 | $162.00 | | 97110 | 8404,73392,71946, | |
| 20141204 | $60.00 | | 97010 | 8404,73392,71946, | |
| 20141204 | $162.00 | | 97110 | 8404,73392,71946, | |
| 20141204 | $125.00 | | 99213 | 7292, | |
| 20141208 | $162.00 | | 97110 | 8404,73392,71946, | |
| 20141211 | $162.00 | | 97110 | 8404,73392,71946, | |
| 20141216 | $162.00 | | 97110 | 8404,73392,71946, | |
| 20141218 | $161.00 | | 97001 | 7238, | |
| 20141219 | $162.00 | | 97110 | 7238, | |
| 20141223 | $162.00 | | 97110 | 7238, | |
| 20141223 | $67.00 | | 97140 | 7238, | |
| 20141229 | $162.00 | | 97110 | 7238, | |
| 20141229 | $67.00 | | 97140 | 7238, | |
| 20141230 | $162.00 | | 97110 | 7238, | |
| 20141230 | $67.00 | | 97140 | 7238, | |
| 20141230 | $150.00 | | 99213 | 71941,71946,7242, | |
| 20141230 | $145.00 | | 20610 | 71941,71946,7242, | |
| 20141230 | $145.00 | | 20610 | 71941,71946,7242, | |
| 20141230 | $145.00 | | 20610 | 71941,71946,7242, | |
| 20150105 | $162.00 | | 97110 | 7238, | |
| 20150105 | $67.00 | | 97140 | 7238, | |

| | | | | | |
|---|---|---|---|---|---|
| 20150107 | $81.00 | | | 97110 | 7238, |
| 20150107 | $67.00 | | | 97140 | 7238, |
| 20150109 | $81.00 | | | 97110 | 7238, |
| 20150109 | $67.00 | | | 97140 | 7238, |
| 20150113 | $81.00 | | | 97110 | 7238, |
| 20150113 | $67.00 | | | 97140 | 7238, |
| 20150114 | $282.00 | | | 99214 | 3518,3564,7238,3529, |
| 20150115 | $162.00 | | | 97110 | 7238, |
| 20150117 | $433.49 | LYRICA CAP 150MG | | | |
| 20150117 | -$433.49 | LYRICA CAP 150MG | | | |
| 20150120 | $150.00 | | | 99213 | 71941,71946,7242, |
| 20150120 | $145.00 | | | 20610 | 71941,71946,7242, |
| 20150120 | $145.00 | | | 20610 | 71941,71946,7242, |
| 20150121 | $641.00 | | | 72141 | 7231, |
| 20150203 | $1,263.14 | LYRICA CAP 150MG | | | |
| 20150203 | -$1,263.14 | LYRICA CAP 150MG | | | |
| 20150203 | $1,263.14 | LYRICA CAP 150MG | | | |
| 20150203 | -$1,263.14 | LYRICA CAP 150MG | | | |
| 20150218 | $282.00 | | | 99214 | 3518,3564,7238,3529, |
| 20150225 | $300.00 | | | 99214 | 7231,7840,7291,V851, |
| 20150225 | $75.00 | | | 94760 | 7231,7840,7291,V851, |
| 20150225 | $300.00 | | | 99214 | 7231,7840,7291,V851, |
| 20150225 | $75.00 | | | 94760 | 7231,7840,7291,V851, |
| 20150317 | $150.00 | | | 99213 | 71941,71946,7242, |
| 20150317 | $145.00 | | | 20610 | 71941,71946,7242, |
| 20150317 | $145.00 | | | 20610 | 71941,71946,7242, |

| | | | | | |
|---|---|---|---|---|---|
| 20150403 | $339.00 | | 99214 | 7291,7242,7238,72885, | |
| 20150410 | $1,800.00 | | 72148 | 7244, | |
| 20150417 | $330.00 | | 64405 | 7238, | |
| 20150417 | $233.00 | | 76942 | 7238, | |
| 20150417 | $5.00 | | J3301 | 7238, | |
| 20150421 | $200.00 | | 72052 | 7231,7244, | |
| 20150421 | $200.00 | | 72114 | 7231,7244, | |
| 20150505 | $233.00 | | 76942 | 72885, | |
| 20150505 | $204.00 | | 20553 | 72885, | |
| 20150505 | $20.00 | | J3301 | 72885, | |
| 20150609 | $330.00 | | 64405 | 7238,7231, | |
| 20150609 | $285.00 | | 77003 | 7238,7231, | |
| 20150609 | $5.00 | | J3301 | 7238,7231, | |
| 20150623 | $339.00 | | 99214 | 7231,3384,7291,7242, | |
| 20150710 | $622.00 | | 64490 | 7231,3384, | |
| 20150710 | $308.00 | | 64492 | 7231,3384, | |
| 20150710 | $305.00 | | 64491 | 7231,3384, | |
| 20150710 | $285.00 | | 77003 | 7231,3384, | |
| 20150710 | $20.00 | | J3301 | 7231,3384, | |
| 20150717 | $1,270.00 | | | 7804,7804, | |
| 20150717 | $559.00 | | 80048 | 7804,7804, | |
| 20150717 | $398.00 | | 84484 | 7804,7804, | |
| 20150717 | $313.00 | | 85025 | 7804,7804, | |
| 20150717 | $3,408.00 | | 70450 | 7804,7804, | |
| 20150717 | $717.00 | | 99284 | 7804,7804, | |
| 20150717 | $271.00 | | 70450 | 7804, | |
| 20150718 | $18.00 | | 36415 | 7804,7804, | |

| | | | | |
|---|---|---|---|---|
| 20150718 | $1.00 | 94760 | 7804,7804, | |
| 20150807 | $339.00 | 99214 | 7231,7291,7238,7242, | |
| 20150818 | $330.00 | 64405 | 7238,72885, | |
| 20150818 | $285.00 | 77003 | 7238,72885, | |
| 20150818 | $233.00 | 76942 | 7238,72885, | |
| 20150818 | $204.00 | 20553 | 7238,72885, | |
| 20150818 | $20.00 | J3301 | 7238,72885, | |