| SERVICEDATE | PROCEDURECODE | BILLEDAMT | ICD_1 | ICD_2 | ICD_3 | ICD_4 | ICD_5 | SERVICINGPROVIDERFIRSTNAME | SERVICINGPROVIDERLASTNAME | PHARMACYNAME | FILLEDDATE | AMOUNTBILLED | DRUGNAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-12-03 00:00:00 | 73100 | 7.76 | 959.3 | E888.8 | E849.5 | E029.9 | E000.8 | | | | | | |
| 2014-12-03 00:00:00 | 73030 | 8.72 | 959.3 | E888.8 | E849.5 | E029.9 | E000.8 | | | | | | |
| 2014-12-03 00:00:00 | 73060 | 7.92 | 959.3 | E888.8 | E849.5 | E029.9 | E000.8 | | | | | | |
| 2014-12-03 00:00:00 | 99283 | 205.00 | 959.3 | E888.8 | E849.5 | E029.9 | E000.8 | | | | | | |
| 2014-12-05 00:00:00 | 99203 | 85.13 | 719.41 | | | | | | | | | | |
| | | | | | | | | | | | 2014-12-09 00:00:00 | .56 | TRAMADOL HCL TAB 50MG |
| 2014-12-11 00:00:00 | 73221 | 900.00 | 727.61 | | | | | | | | | | |
| 2014-12-11 00:00:00 | 73221 | 900.00 | 727.61 | | | | | | | | | | |
| 2014-12-16 00:00:00 | 99213 | 72.22 | 840.4 | | | | | | | | | | |
| | | | | | | | | | | | 2014-12-23 00:00:00 | 19.40 | GABAPENTIN TAB 800MG |
| | | | | | | | | | | | 2014-12-31 00:00:00 | .66 | TRAMADOL HCL TAB 50MG |