| SERVICE_DATE | DIAGNOSIS_1 | VM_FULL_NAME | PROCEDURE_CODE_1 | BILLED_AMOUNT | DATE_FILLED | DrugDescription | AMOUNT_BILLED | PRESCRIBER_FIRST_NAME | PRESCRIBER_LAST_NAME |
|---|---|---|---|---|---|---|---|---|---|
| 09/09/2012 | 881.00 | ███ | 99212 | $90.30 | | | | | |
| 09/09/2012 | 881.00 | ███ | 99212 | $90.30 | | | | | |
| 09/09/2012 | 881.00 | ███ | 99212 | $90.30 | | | | | |
| 09/09/2012 | 881.00 | ███ | 99212 | $90.30 | | | | | |
| 09/09/2012 | 881.00 | ███ | 99212 | $90.30 | | | | | |
| 09/09/2012 | 881.00 | ███ | 99212 | $90.30 | | | | | |
| 09/09/2012 | 881.00 | ███ | 99212 | $90.30 | | | | | |
| 09/09/2012 | 881.00 | ███ | 99212 | $90.30 | | | | | |
| 09/09/2012 | 881.00 | ███ | 99212 | $90.30 | | | | | |
| 09/09/2012 | 881.00 | ███ | 99212 | $90.30 | | | | | |
| 09/09/2012 | 881.00 | ███ | 99212 | $90.30 | | | | | |
| | | | | | 09/10/2012 | CEPHALEXIN | 26.02 | ███ | ███ |
| | | | | | 09/10/2012 | CEPHALEXIN | 26.02 | ███ | ███ |
| | | | | | 09/10/2012 | CEPHALEXIN | 26.02 | ███ | ███ |
| | | | | | 09/10/2012 | CEPHALEXIN | 26.02 | ███ | ███ |
| | | | | | 09/10/2012 | CEPHALEXIN | 26.02 | ███ | ███ |
| | | | | | 09/10/2012 | CEPHALEXIN | 26.02 | ███ | ███ |
| | | | | | 09/10/2012 | CEPHALEXIN | 26.02 | ███ | ███ |
| | | | | | 09/10/2012 | CEPHALEXIN | 26.02 | ███ | ███ |
| | | | | | 09/10/2012 | CEPHALEXIN | 26.02 | ███ | ███ |