| Updated | msp_member_id | Member Name | Member ID | Enrollment | Contract / Plan # | Plan Name | Address | Insurance Type |
|---|---|---|---|---|---|---|---|---|
| December 2016 | | | | 09/22/2010 | ISAH0858131900000 | ACE AMERICAN INSURANCE COMPANY | C/O BROADSPIRE SCHIP TEAM 1 CORPORATE DR STE 120, LAKE ZURICH, IL, 600478945 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| December 2016 | | | | 05/12/2010 | ISAH08589471 | ACE AMERICAN INSURANCE COMPANY | PO BOX 1010 , PHILADELPHIA, PA, 191051010 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| December 2016 | | | | 09/22/2010 | ISAH0858131900000 | ACE AMERICAN INSURANCE COMPANY | C/O BROADSPIRE SCHIP TEAM 1 CORPORATE DR STE 120, LAKE ZURICH, IL, 600478945 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| December 2016 | | | | 04/01/2012 | 109800226598001 | ACE | ONE BEAVER VALLEY RD STE 4 EAST , WILMINGTON, DE, 19803 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| December 2016 | | | | 05/28/2010 | HDOG2493287400000 | ACE AMERICAN INSURANCE COMPANY | C/O BROADSPIRE SCHIP TEAM 1 CORPORATE DR STE 120, LAKE ZURICH, IL, 600478945 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| April 2017 | | | | 08/13/2011 | HDOG25526569 | ACE AMERICAN INSURANCE COMPANY | PO BOX 1010, PHILADELPHIA, PA, 191051010 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| April 2017 | | | | 01/20/2011 | HDOG25526569 | ACE AMERICAN INSURANCE COMPANY | PO BOX 1010, PHILADELPHIA, PA, 191051010 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| May 2017 | | | | 10/01/2014 | 12092967 | ACENTRAL INSURANCE COMPANY | 1899 CENTRAL PLZ E, EDMESTON, NY, 133351828 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| May 2017 | | | | 11/19/2012 | 12049677 | ACENTRAL INSURANCE COMPANY | 1899 CENTRAL PLZ E, EDMESTON, NY, 133351828 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| May 2017 | | | | 12/01/2012 | 12090803 | ACENTRAL INSURANCE COMPANY | 1899 CENTRAL PLZ E, EDMESTON, NY, 133351828 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| May 2017 | | | | 07/01/2007 | 11021366 | ACENTRAL INSURANCE COMPANY | 1899 CENTRAL PLZ E, EDMESTON, NY, 133351828 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| May 2017 | | | | 08/26/2010 | HDOG2551940100000 | ACE AMERICAN INSURANCE COMPANY | C/O BROADSPIRE SCHIP TEAM, 1 CORPORATE DR STE 120, LAKE ZURICH, IL, 600478945 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| May 2017 | | | | 01/10/2008 | 11020321 | ACENTRAL INSURANCE COMPANY | 1899 CENTRAL PLAZA EAST, EDMESTON, NY, 133351899 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| May 2017 | | | | 12/18/2013 | ISAH07619299 | ACEAMERICANINSURANCECOMPANY | PO BOX 5127, SCRANTON, PA, 185050559 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| May 2017 | | | | 11/11/2010 | 12028375 | ACENTRAL INSURANCE COMPANY | 1899 CENTRAL PLAZA EAST, EDMESTON, NY, 133351899 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| May 2017 | | | | 05/30/2013 | 12122919 | ACENTRAL INSURANCE COMPANY | 1899 CENTRAL PLZ E, EDMESTON, NY, 133351828 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| May 2017 | | | | 12/09/2012 | 12036169 | ACENTRAL INSURANCE COMPANY | 1899 CENTRAL PLZ E, EDMESTON, NY, 133351828 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| May 2017 | | | | 09/04/2011 | HDOG25521481 | ACE AMERICAN INSURANCE COMPANY | PO BOX 1010, PHILADELPHIA, PA, 191051010 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| June 2017 | | | | 03/14/2012 | HDOG25533811 | ACE AMERICAN INSURANCE COMPANY | PO BOX 1010, PHILADELPHIA, PA, 191051010 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| June 2017 | | | | 08/10/2011 | HDOG25526569 | ACE AMERICAN INSURANCE COMPANY | PO BOX 1010, PHILADELPHIA, PA, 191051010 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| June 2017 | | | | 04/21/2011 | HDOG25526569 | ACE AMERICAN INSURANCE COMPANY | PO BOX 1010, PHILADELPHIA, PA, 191051010 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| June 2017 | | | | 01/28/2009 | ISAH08249969 | ACE AMERICAN INSURANCE COMPANY | PO BOX 1010, PHILADELPHIA, PA, 191051010 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| June 2017 | | | | 12/25/2016 | S B66468240400010 | ACE AMERICAN INSURANCE COMPANY | PO BOX 26389, TAMPA, FL, 336236389 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| June 2017 | | | | 12/01/2004 | H5577 017 | ACE INSURANCE COMPANY | PLAZA SCOTIABANK 11TH FL, PO BOX 191249, SAN JUAN, PR, 00919 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| August 2017 | | | | 5/28/2010 | HDOG2493287400000 | ACE AMERICAN INSURANCE COMPANY | C/O BROADSPIRE SCHIP TEAM 1 CORPORATE DR STE 120, LAKE ZURICH, IL | 14 Medicare Secondary No-Fault insurance including auto is primary |

| | | | | | | |
|---|---|---|---|---|---|---|
| August 2017 | | | 08/10/2011 | 12093640 | ACENTRAL INSURANCE COMPANY | 1899 CENTRAL PLZ E, EDMESTON, NY, 133351828 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| August 2017 | | | 09/06/2012 | HDOG25533811 | ACE AMERICAN INSURANCE COMPANY | PO BOX 1010, PHILADELPHIA, PA, 191051010 | 14 Medicare Secondary No-Fault insurance including auto is primary |
| August 2017 | | | 09/29/2014 | S B56462331200010 | ACE AMERICAN INSURANCE COMPANY | PO BOX 26389, TAMPA, FL, 336236389 | 14 Medicare Secondary No-Fault insurance including auto is primary |

| Updated | msp_member_id | Member Name | Member ID | Enrollment | Contract / Plan # | Plan Name | Address | Insurance Type |
|---|---|---|---|---|---|---|---|---|
| December 2016 | | | | 09/01/2010 | 000961815522 | ACE USA | ONE BEAVER VALLEY ROAD STE. 4E , WILMINGTON, DE, 19803 | 47 Medicare Secondary other liability insurance is primary |
| December 2016 | | | | 05/01/2015 | 626016176 | ACE GROUP | 436 WALNUT ST , PHILEDELPHIA, PA, 19106 | 47 Medicare Secondary other liability insurance is primary |
| April 2017 | | | | 11/05/2011 | 8041634927 | ACE INSURANCE | PO BOX 191249 , SAN JUAN, PR, 00919 | 47 Medicare Secondary other liability insurance is primary |
| April 2017 | | | | 10/30/2010 | 8041634039 | ACE INSURANCE | PO BOX 191249 , SAN JUAN, PR, 009191249 | 47 Medicare Secondary other liability insurance is primary |
| April 2017 | | | | 08/12/2013 | 581386642 | ACE INSURANCE COMPANY | 350 Chardon Ave Suite 500 Torre Chardon, San Juan, PR, 009182137 | 47 Medicare Secondary other liability insurance is primary |
| April 2017 | | | | 01/09/2014 | 8041648178 | ACE INSURANCE COMPANY | PO BOX 191249 , SAN JUAN, PR, 009191249 | 47 Medicare Secondary other liability insurance is primary |
| April 2017 | | | | 11/18/2012 | 16478723 | ACE INS CO | 273 PONCE  DE LEON, PISO 11 , HATO REY, PR, 00919 | 47 Medicare Secondary other liability insurance is primary |
| April 2017 | | | | 01/10/2010 | 8041628080 | ACE | PO BOX 191249 , SAN JUAN, PR, 00919 | 47 Medicare Secondary other liability insurance is primary |
| April 2017 | | | | 10/21/2013 | 804-1645963 | ACE INSURANCE | PO BOX 191249 , SAN JUAN, PR, 009191249 | 47 Medicare Secondary other liability insurance is primary |
| April 2017 | | | | 08/18/2012 | H1036 065 | ACE AMERICAN INSURANCE COMOPANY | 3501 SW 160th Avenue, Miramar, FL, 33027 | 47 Medicare Secondary other liability insurance is primary |
| April 2017 | | | | 08/18/2016 | 0030003514AB02 | ACE AMERICAN INSURANCE COMPANY | ATTN GALLAGHER BASSETT, PO BOX 20369, BRADENTON, FL, 34204 | 47 Medicare Secondary other liability insurance is primary |
| April 2017 | | | | 06/07/2016 | AB505393907 | ACE AMERICAN INSURANCE CO | PO BOX 7214, LONDON, KY, 40742 | 47 Medicare Secondary other liability insurance is primary |
| April 2017 | | | | 06/20/2012 | 8041638704 | ACE AMERICAN INSURANCE | PO BOX 191249, SAN JUAN, PR, 009191249 | 47 Medicare Secondary other liability insurance is primary |
| May 2017 | | | | 01/01/2008 | S 447072245-001 P | ACE AMERICAN INSURANCE COMPANY | PO BOX 26389, TAMPA, FL, 336236389 | 47 Medicare Secondary other liability insurance is primary |
| May 2017 | | | | 01/01/2008 | S 447072245-001 P | ACE AMERICAN INSURANCE COMPANY | PO BOX 26389, TAMPA, FL, 336236389 | 47 Medicare Secondary other liability insurance is primary |
| May 2017 | | | | 11/01/2011 | 020606544 | ACE AMERICAN | C/O PMSI, P.O. BOX 31646, TAMPA, FL, 33631 | 47 Medicare Secondary other liability insurance is primary |
| May 2017 | | | | 11/01/2007 | 9921220777413X | ACEESIS | 400 RIVERPARK DRIVE, STE 400, NORTH REDDING, MA, 01864 | 47 Medicare Secondary other liability insurance is primary |
| May 2017 | | | | 03/01/2008 | H3330 815 | ACE AMERICAN/SEDGWICK INS | 55 Water Street, NEW YORK, NY, 10041 | 47 Medicare Secondary other liability insurance is primary |
| May 2017 | | | | 12/20/2013 | H3330 814 | ACE PRIVATE RISK SERVICES | 55 Water Street, NEW YORK, NY, 10041 | 47 Medicare Secondary other liability insurance is primary |
| May 2017 | | | | 03/01/2013 | JY08JO321893 | ACE AMERICAN INSURANCE | PO BOX 6566, SCRANTON, PA, 18505 | 47 Medicare Secondary other liability insurance is primary |
| May 2017 | | | | 01/01/2010 | JY09J0500456 | ACE WESTCHESTER SPECIALTY GRP | PO BOX100008, ROSWELL, GA, 30077 | 47 Medicare Secondary other liability insurance is primary |
| June 2017 | | | | 01/20/2014 | 001689003792PA01 | ACE AMERICAN ISURANCE | ATT GALAGER BASSET, PO BOX 263069, BRADENTON, FL, 34204 | 47 Medicare Secondary other liability insurance is primary |
| June 2017 | | | | 02/01/2013 | B064634862 | ACE AMERICAN INSURANCE COMPANY | PO BOX 106135, ATLANTA, GA, 303486135 | 47 Medicare Secondary other liability insurance is primary |
| June 2017 | | | | 03/01/2013 | 44914960658438 | ACE INS CO | 500 COLONIAL CENTER PARK WAY, SUITE 200, ROSWELL, GA, 30076 | 47 Medicare Secondary other liability insurance is primary |

| Date | | Effective Date | Policy # | Insurer | Address | Reason |
|---|---|---|---|---|---|---|
| June 2017 | | 09/01/2010 | 000961815522 | ACE USA | ONE BEAVER VALLEY ROAD STE. 4E, WILMINGTON, DE, 19803 | 47 Medicare Secondary other liability insurance is primary |
| June 2017 | | 12/11/2014 | H3054 003 | ACE INSURANCE | 1445 RUSSEL, SAN JUAN, PR, 00917 | 47 Medicare Secondary other liability insurance is primary |
| August 2017 | | 09/06/2012 | HDOG25533811 | ACE AMERICAN INSURANCE COMPANY | PO BOX 1010 , PHILADELPHIA, PA, 191051010 | 47 Medicare Secondary other liability insurance is primary |
| August 2017 | | 9/1/2010 | | ACE USA | ONE BEAVER VALLEY ROAD STE. 4E , WILMINGTON, DE 19803 | 47 Medicare Secondary other liability insurance is primary |
| August 2017 | | 09/01/2010 | 000961815522 | ACE USA | ONE BEAVER VALLEY ROAD STE. 4E , WILMINGTON, DE, 19803 | 47 Medicare Secondary other liability insurance is primary |
| August 2017 | | 12/13/2014 | JY14J0666721 | ACE PROPERTY & CASUALTY | 10 EXCHANGE PLACE 9TH FLOOR , JERSEY CITY, NJ 07302 | 47 Medicare Secondary other liability insurance is primary |
| August 2017 | | 1/26/2009 | HDOG23740655 | ACE RISK MANAGEMENT | 525 WEST MONROE STE 400, CHICAGO, IL 60661 | 47 Medicare Secondary other liability insurance is primary |
| August 2017 | | 03/12/2006 | 91222207762887 | ACE INS. | PO BOX 31145 , TAMPA, FL, 33631 | 47 Medicare Secondary other liability insurance is primary |
| August 2017 | | 12/03/2014 | 00514171641 | ACE INSURANCE | PO BOX 970 , O'FALLON, MO, 63366 | 47 Medicare Secondary other liability insurance is primary |
| August 2017 | | 08/10/2011 | 12093640 | ACENTRAL INSURANCE COMPANY | 1899 CENTRAL PLZ E, EDMESTON, NY, 133351828 | 47 Medicare Secondary other liability insurance is primary |
| August 2017 | | 05/12/2010 | 301005162520001 | ACE AMERICAN INSURANCE COMPANY | PO BOX 1010, PHILADELPHIA, PA, 191051010 | 47 Medicare Secondary other liability insurance is primary |
| August 2017 | | 04/20/2017 | 125338381 | ACE AMERICAN INSURANCE CO | PO BOX 5122, SRANTON, PA, 18505 | 47 Medicare Secondary other liability insurance is primary |
| October 2017 | | 08/12/2013 | 581386642 | ACE INSURANCE COMPANY | 350 Chardon Ave Suite 500, Torre Chardon, San Juan, PR, 009182137 | 47 Medicare Secondary other liability insurance is primary |
| January 2018 | | 03/14/2016 | JY16J0150205 | ACE AMERICAN INSURANCE | PO BOX 26389, TAMPA, FL, 33623 | 47 Medicare Secondary other liability insurance is primary |