| Updated | msp_member_id | Member Name | Member ID | Enrollment | Contract / Plan # | Plan Name | Address | Insurance Type |
|---|---|---|---|---|---|---|---|---|
| August 2017 | ██████████ | ██████████ | ██████████ | 09/29/2014 | S B56462331200010 | ACE AMERICAN INSURANCE COMPANY | PO BOX 26389, TAMPA, FL, 336236389 | 14 Medicare Secondary No-Fault insurance including auto is primary |

| Updated | msp_member_id | Member Name | Member ID | Enrollment | Contract / Plan # | Plan Name | Address | Insurance Type |
|---|---|---|---|---|---|---|---|---|
| June 2017 | ████████████ | ████████████ | ████████ | 12/11/2014 | H3054 003 | ACE INSURANCE | 1445 RUSSEL, SAN JUAN, PR, 00917 | 47 Medicare Secondary other liability insurance is primary |

| CMS Database Review | msp_member_id | Member Name | Member ID | Enrollment | Contract / Plan # | Plan Name | Address | Insurance Type |
|---|---|---|---|---|---|---|---|---|
| August 2017 | | | | 09/06/2012 | HDOG25533811 | ACE AMERICAN INSURANCE COMPANY | PO BOX 1010 , PHILADELPHIA, PA, 191051010 | 47 Medicare Secondary other liability insurance is primary |
| April 2017 | | | | 9/6/2012 | HDOG25533811 | ACE AMERICAN INSURANCE COMPANY | PO BOX 1010 , PHILADELPHIA, PA, 191051010 | 47 Medicare Secondary other liability insurance is primary |