# ASSIGNMENT

Relevant defined terms for the assignment ("Assignment") herein is as follows:

Assignor: **MSP RECOVERY, LLC, and MSP Recovery 15-118, LLC.**
Assignee: **Series 15-08-27, LLC, a series of MSP Recovery Claims, Series LLC.**

KNOW ALL MEN BY THESE PRESENTS, that each undersigned Assignor, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, the receipt of which is hereby acknowledged, irrevocably assigns, sells, transfers, conveys, sets over and delivers to Assignee and its successors and assigns, any and all of Assignor's right, title, ownership and interest in and to the "Assigned Claims", "Claims", Assigned Assets" and "Assigned Documents" (and all proceeds and products thereof) as such terms are defined in the **Actos Recovery Agreement** dated **August 28, 2015,** and the **Recovery Agreement** dated **August 28, 2015**, each by and among **Health Care Advisors Services, Inc.,** a Florida corporation **(the "Client")**, and **MSP Recovery, LLC**, a Florida limited liability company (together, the **"Agreements")**; irrespective of when the claims were vested in Client, inclusive of any and all claim(s), causes of actions, proceeds, products and distributions of any kind, and proceeds of proceeds, in respect thereof, whether based in contract, tort, statutory right, and any and all rights (including, but not limited to, subrogation) to pursue and/or recover monies that Assignor had, may have had, or has asserted against any party pursuant to the Agreement, including claims under consumer protection statutes and laws, any and all rights and claims against primary payers and/or third parties that may be liable to Client arising from or relating to the Claims and all information relating thereto. The transfer, grant, right, or assignment of any and all of Client's right, title, ownership, interest and entitlements in and to the Agreement shall remain the confidential and exclusive property of Assignee or its assigns. The intent of the parties is to transfer any and all rights title and interest that MSP Recovery LLC obtained as an assignee from the assignor.

This Assignment and the rights of the parties hereunder shall be interpreted in accordance with the laws of the State of Delaware, and all rights and remedies shall be governed by such laws without regard to principles of conflict of law.

Dated this **June 12, 2017**


INTENTIONALLY LEFT BLANK

| **Assignors** | **Assignee** |
|---|---|

By: **MSP Recovery, LLC**

By: Jocral Family Limited Liability Partnership, its Manager

By: Mayra C. Ruiz, Trustee, her successor(s) as trustee(s) of the Mayra C. Ruiz Revocable Living Trust, and John H. Ruiz, Trustee, his successor(s) as trustee(s) of the John H. Ruiz Revocable Living Trust, its General partners

**Series 15-08-27 LLC.,**
a series of MSP Recovery Claims, Series LLC.

By:   **Series MRCS, LLC.,** its Manager

*DocuSigned by:*
*Jolun H Ruiz*
—0F8A985FD65A47D...
**John H. Ruiz,** Manager

*DocuSigned by:*
*Mayra Ruiz*
—0B7E7B99C492442...
Mayra C. Ruiz

*DocuSigned by:*
*Jolun H Ruiz*
—0F8A985FD65A47D...
John H. Ruiz


**MSP Recovery 15-118, LLC**

By: MSP Recovery, LLC, its Manager

By: Jocral Family Limited Liability Partnership, its Manager

By: Mayra C. Ruiz, Trustee, her successor(s) as trustee(s) of the Mayra C. Ruiz Revocable Living Trust, and John H. Ruiz, Trustee, his successor(s) as trustee(s) of the John H. Ruiz Revocable Living Trust, its General partners

*DocuSigned by:*
*Mayra Ruiz*
—0B7E7B99C492442...
Mayra C. Ruiz

*DocuSigned by:*
*Jolun H Ruiz*
—0F8A985FD65A47D...
John H. Ruiz

DocuSign Envelope ID: 508433A3-96B4-4424-96BD-235072BCBB25