**Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001**

Clerk of the Court
(202) 479-3011

June 14, 2021

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

17-23749-CV PAS

Re:  ACE American Insurance Company, et al.
v. MSP Recovery Claims, Series LLC
No. 20-1424
(Your No. 18-13049, 18-12139, 18-12149, 18-13312)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk